UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RANDY SMITH,<br><br>　　　　　　Defendant. | Case Nos. CR20-222-RAJ; CR22-96-LK<br><br>DETENTION ORDER |

Mr. Smith is charged by indictment under Case No. CR20-222-RAJ with: three counts of hate crime, 18 U.S.C. §§ 2, 249(a)(1), and one count of false statement, 18 U.S.C. § 1001. Mr. Smith is also charged by indictment under Case No. CR22-96-LK with one count of felon in possession of a firearm, 18 U.S.C. § 922(g)(1). The Court held a detention hearing on August 4, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Smith poses a risk of nonappearance due to his use of aliases and history of failures to appear, overall criminal history. In addition, he was not interviewed by Probation and Pretrial Services so his background and recent ties to this District are

DETENTION ORDER - 1

not known.

2. Mr. Smith poses a risk of danger due to the nature of the instant offenses and a criminal history involving violent conduct and use of firearms.

3. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Smith's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Smith shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Smith shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Smith is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this  4th  day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge