Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR22-96 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| RANDY SMITH, | |
| Defendant. | |

THE COURT has considered the motion by Defendant Randy Smith to seal his sentencing memorandum and attachments. Due to the sensitive information contained therein, it is hereby ORDERED that the Motion to Seal (Dkt. 25) is GRANTED. Defendant Randy Smith's sentencing memorandum and attachments shall remain sealed.

DATED this 27th day of January, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge