The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDY SMITH, <br><br> Defendant. | NO. CR22-096-RAJ <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") of the following property:

a. One Ruger 9mm pistol, bearing serial number 457-50597, and seven rounds of 9mm caliber ammunition, seized from Defendant Randy Smith on or about July 10, 2020, in the District of Oregon.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate because:

- In the Plea Agreement Defendant entered on August 22, 2022, he agreed to forfeit his interest in the above-identified property pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), as it was involved in his

FINAL ORDER OF FORFEITURE - 1
*United States v. Randy Smith,* CR22-096-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

commission of *Felon in Possession of a Firearm* offense, in violation of 18 U.S.C. § 922(g)(1), to which Defendant pled guilty. Dkt. No. 14, ¶¶ 8, 13;

- On November 8, 2022, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting Defendant's interest in it. Dkt. No. 20;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 21), and provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibits A & B); and

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with governing law.

IT IS SO ORDERED.

DATED this 24th day of March, 2023.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Randy Smith,* CR22-096-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970